| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial) Andrews, Richard G. | 2. Court or Organization District of Delaware | 3. Date of Report 4/30/2013 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United States District Judge, Active | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 1/1/2012 to 12/31/2012 |

**7. Chambers or Office Address**

United States District Court
844 King Street, Box 19
Wilmington, Delaware 19801

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Trustee | 529 Plan |
| 2. | Custodian | UGMA #1 |
| 3. | Custodian | UGMA #2 |
| 4. | Trustee | Trust #1 |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Andrews, Richard G. | 4/30/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Villanova University School of Law, salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NY Intellectual Property Law Ass'n | 3/23-24/2012 | NY, NY | Dinner Honoring Federal Judiciary | Hotel, transportation, meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Andrews, Richard G. | 4/30/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Andrews, Richard G. | 4/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CBS common | A | Dividend | J | T | | | | | |
| 2. Manulife Financial common | A | Dividend | J | T | | | | | |
| 3. Sun Life Financial common | C | Dividend | L | T | | | | | |
| 4. Viacom B common | A | Dividend | J | T | | | | | |
| 5. Children's Bonus Bonds | A | Interest | J | T | Redeemed (part) | 11/26/12 | J | A | |
| 6. CREF Growth Stock | | None | L | T | | | | | |
| 7. CREF Stock | | None | M | T | | | | | |
| 8. Fidelity Blue Chip Value Fund | B | Dividend | L | T | Buy (add'l) | 04/17/12 | K | | |
| 9. Fidelity Delaware Portfolio 2012 (Index) (529 Plan) | | None | M | T | Sold (part) | 07/02/12 | K | D | |
| 10. | | | | | Sold (part) | 11/26/12 | K | C | |
| 11. | | | | | Sold (part) | 12/03/12 | J | A | |
| 12. Fidelity Freedom 2020 | B | Dividend | L | T | Buy (add'l) | 04/17/12 | L | | |
| 13. Fidelity MSIFT Growth Portfolio | | None | | | Sold | 01/26/12 | L | E | |
| 14. John Hancock Cash Management IRA | | None | J | T | | | | | |
| 15. TIAA Traditional | D | Interest | M | T | | | | | |
| 16. T. Rowe Price Blue Chip Growth (UGMA #2) | A | Dividend | M | T | | | | | |
| 17. T. Rowe Price Growth & Income IRA | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Andrews, Richard G. | 4/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | A | Distribution | | | | | | | |
| 19. T. Rowe Price Health Sciences | C | Dividend | L | T | | | | | |
| 20. T. Rowe Price New Income Fund IRA | B | Dividend | K | T | | | | | |
| 21. | B | Distribution | | | | | | | |
| 22. T. Rowe Price Prime Reserve #1 | A | Dividend | J | T | | | | | |
| 23. T. Rowe Price Prime Reserve #2 (UGMA #2) | A | Dividend | L | T | | | | | |
| 24. T. Rowe Price Summit GNMA | D | Dividend | N | T | | | | | |
| 25. Invesco Van Kampen American Franchise Fund | A | Dividend | K | T | | | | | |
| 26. Vanguard Capital Value Fund | A | Dividend | K | T | | | | | |
| 27. Vanguard Emerging Markets Admiral | B | Dividend | L | T | | | | | |
| 28. Vanguard High Yield Corporate Fund Inv. | B | Dividend | K | T | | | | | |
| 29. Vanguard High Yield Tax Exempt Fund | B | Dividend | L | T | | | | | |
| 30. Vanguard Intermediate Term Bond Index Admiral | C | Dividend | L | T | | | | | |
| 31. Vanguard Intermediate Term Tax Exempt Bond | A | Dividend | K | T | | | | | |
| 32. Vanguard Limited Term Tax Exempt Bond | C | Dividend | M | T | | | | | |
| 33. Vanguard Long-Term Investment Grade Inv. | C | Dividend | L | T | Buy (add'l) | 10/08/12 | K | | |
| 34. Vanguard Long-Term Tax Exempt Fund Admiral | C | Dividend | L | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Andrews, Richard G. | 4/30/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Long-Term Treasury Inv. | B | Dividend | | | Sold | 10/08/12 | K | D | |
| 36. Vanguard Mid-Cap Growth | | None | | | Sold | 11/15/12 | L | | |
| 37. Vanguard Explorer Fund | B | Dividend | L | T | Buy | 11/15/12 | L | | |
| 38. Vanguard Pacific Stock Index | A | Dividend | | | Sold | 11/15/12 | K | | |
| 39. Vanguard Total Intl Stock Index Investment | A | Dividend | L | T | Buy | 11/15/12 | K | | |
| 40. Vanguard Prime Money Market #1 | A | Dividend | M | T | | | | | |
| 41. Vanguard Prime Money Market #2 | A | Dividend | L | T | | | | | |
| 42. Vanguard Prime Money Market #3 (UGMA #1) | A | Dividend | J | T | Sold (part) | 01/25/12 | J | | |
| 43. | | | | | Sold (part) | 08/27/12 | J | | |
| 44. Vanguard REIT Index Fund | B | Dividend | L | T | | | | | |
| 45. Vanguard Small-Cap Growth | A | Dividend | | | Sold | 11/15/12 | L | | |
| 46. Vanguard Extended Market | A | Dividend | L | T | Buy | 11/15/12 | L | | |
| 47. Vanguard Stock Market Index | B | Dividend | L | T | | | | | |
| 48. Vanguard Target 2020 Fund IRA | A | Dividend | K | T | | | | | |
| 49. | B | Distribution | | | | | | | |
| 50. Vanguard Tax-Managed Capital Appreciation Fund | B | Dividend | L | T | | | | | |
| 51. Vanguard Tax-Managed Capital Appreciation F Ad (UGMA #1) | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Andrews, Richard G. | 4/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Tax-Managed International Fund | B | Dividend | L | T | | | | | |
| 53. Vanguard Tax-Managed Small Cap Fund #1 | B | Dividend | M | T | | | | | |
| 54. Vanguard Tax-Managed Small Cap Fund #2 (UGMA #1) | A | Dividend | L | T | | | | | |
| 55. Vanguard U.S. Growth IRA | A | Dividend | J | T | | | | | |
| 56. Vanguard Wellington Admiral #1 | D | Dividend | M | T | | | | | |
| 57. Vanguard Wellington Admiral #2 (UGMA #1) | C | Dividend | L | T | | | | | |
| 58. Vanguard Windsor II | C | Dividend | M | T | | | | | |
| 59. M&T Bank Accounts | A | Interest | M | T | | | | | |
| 60. John Hancock whole life ins. #1 | C | Dividend | M | T | | | | | |
| 61. John Hancock whole life ins. #2 | D | Dividend | M | T | | | | | |
| 62. Sun Life whole life ins. #1 | A | Int./Div. | J | T | | | | | |
| 63. Sun Life whole life ins. #2 | C | Dividend | L | T | | | | | |
| 64. Trust #1 | | | | | | | | | |
| 65. - Exxon Mobil common | B | Dividend | L | T | | | | | |
| 66. - American Century Equity Income | A | Dividend | K | T | | | | | |
| 67. - American Century Income & Growth | A | Dividend | K | T | | | | | |
| 68. - DWS Strategic High Yield Tax Free Fund | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Andrews, Richard G. | 4/30/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - DWS Intermediate Tax/AMT Free Fund | A | Dividend | K | T | | | | | |
| 70. - DWS Managed Municipal Bond Fund | B | Dividend | K | T | | | | | |
| 71. - Franklin Templeton Class Z | C | Dividend | M | T | | | | | |
| 72. - Hennessy Select Large Value FD Orig | A | Dividend | K | T | | | | | |
| 73. - RBC Enterprise Fund Class I | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Andrews, Richard G. | 4/30/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Re: Part VII. On May 20, 2011, due to a reorganization, Invesco Van Kampen Capital Growth Fund -- Class A (ACPAX) became Invesco Van Kampen American Franchise Fund -- Class A (VAFAX). On 11/27/12, RBC Enterprise Fund Class S (TETSX) became RBC Enterprise Fund Class I (TETIX) in a non-taxable conversion. Wilmington Trust Co. became M&T Bank at the end of August 2011.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Richard G. Andrews**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544